# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALYSSA MASCORRO

VERSUS

PETER SCHULZ, GEICO
INSURANCE COMPANY, CULLEN
WALSH, AND USAA INSURANCE
COMPANY

NO.  2019 CW 1224

**JANUARY 02, 2020**

---

In Re:  Cullen Walsh and USAA Casualty Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-12140.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10).  Relators, USAA Casualty Insurance Company and Cullen Walsh, failed to file a copy of the pertinent court minutes.  In addition, an evidentiary hearing was held on May 16, 2019, and accordingly, this court should be provided with the transcript of that hearing and all evidence introduced therein.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before **January 10, 2020**, and must contain a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.